William H. Stockton, OSB #743163
whs@brisbeeandstockton.com
**BRISBEE & STOCKTON LLC**
139 N.E. LINCOLN STREET
P.O. BOX 567
HILLSBORO, OREGON 97123
Phone: (503) 648-6677
Fax: (503) 648-1091

    Attorneys for Defendant

## UNITED STATES DISTRICT COURT

## DISTRICT OF OREGON

## PORTLAND DIVISION

| | |
|---|---|
| CHANDRA HEWES, | Civil No. 3:17-cv-00281-AC |
| Plaintiff, | |
| v. | **STIPULATED GENERAL JUDGMENT** |
| TARGET CORPORATION, | |
| Defendant. | |

    The above-entitled matter, having been submitted to The Honorable John V. Acosta, Magistrate Judge, and based upon the stipulation of the parties by and through their attorneys that the matter has been settled and that a judgment of dismissal with prejudice may be entered,

///

///

**Page 1 – STIPULATED GENERAL JUDGMENT**

BRISBEE & STOCKTON LLC
*Attorneys at Law*
139 N.E. LINCOLN STREET, P.O. BOX 567
HILLSBORO, OREGON 97123
TELEPHONE (503) 648-6677
FAX (503) 648-1091
law@brisbeeandstockton.com

Therefore, the above-entitled matter is hereby dismissed with prejudice and without costs to either party.

**DATED** this _____ day of July, 2017.

_____
The Honorable John V. Acosta
U. S. District Court Judge

**IT IS SO STIPULATED:**

7-6-17
Date

_____
Matthew Philbrook, OSB #110694
Attorney for Plaintiff

July 5, 2017
Date

_____
William H. Stockton, OSB #743163
Attorney for Defendant

Page 2 – **STIPULATED GENERAL JUDGMENT**

BRISBEE & STOCKTON LLC
*Attorneys at Law*
139 N.E. Lincoln Street, P.O. Box 567
Hillsboro, Oregon 97123
Telephone (503) 648-6677
Fax (503) 648-1091
law@brisbeeandstockton.com